# IN THE SUPREME COURT OF THE STATE OF NEVADA

IRENA PIMKOVA,
Appellant,
vs.
CRAIG A. BUSCH,
Respondent.

No. 70251

**FILED**

JUN 27 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on April 26, 2016, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Maui L Lindi_

cc:  Hon. Timothy C. Williams, District Judge
     Irena Pimkova
     Pyatt Silvestri
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-20012